FILED

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0184

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0184

STATE OF MONTANA,

      Plaintiff and Appellee,

vs.

WINSTON ALEXANDER RITTER,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 31, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 26 2024